IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JIVESH SINGH TOOR, | ) | NO.: 21-00687 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: CAROL A. DOYLE |

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE THAT that on March 25, 2021, at 10:00 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the motion of PENFED Credit Union for Relief from Automatic Stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or    1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on March 15, 2021, at 5:00p.m.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera  Bhoopal*
Kinnera  Bhoopal
ARDC# 6295897
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

## SERVICE LIST

| | |
|---|---|
| To Trustee:<br>Norman B. Newman<br>191 North Wacker Drive<br>Suite 1800<br>Chicago, IL 60601 | *by Electronic Notice through ECF* |
| To Debtor:<br>Jivesh Singh Toor<br>2018 Juguar Xf Sportbrake<br>Chicago, Il 60611 | *Served via U.S. Mail* |
| To Attorney:<br>Daniel J Winter<br>Law Offices Of Daniel J Winter<br>3330 Old Glenview Road<br>Suite 16<br>Wilmette, IL 60091 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JIVESH SINGH TOOR, | ) | NO.: 21-00687 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: CAROL A. DOYLE |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES PENFED Credit Union by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay be Modified with respect to a motor vehicle identified as a 2018 Jaguar XF Sportbrake VIN # SAJBP2FV1JCY67203, stating:

1. On January 19, 2021, the above captioned Chapter 7 was filed.

2. PENFED Credit Union is a creditor of the Debtor with respect to a certain 2018 Jaguar XF Sportbrake VIN # SAJBP2FV1JCY67203.

3. The debt is based on a January 21, 2020 Promissory Note in the original sum of $57,621.46.

4. As of March 9, 2021, the funds necessary to pay off PENFED Credit Union on the above captioned account were approximately $48,803.64.  Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The Debtor's schedules list the fair market value of the vehicle as $40,898.00.

5. The Debtor failed to make payments as required under the Agreement and is currently due and owing to PENFED Credit Union for the December 13, 2020 payment and those thereafter.

6. The Debtor has no equity in the collateral identified as a 2018 Jaguar XF Sportbrake VIN # SAJBP2FV1JCY67203 for the benefit of unsecured creditors.

7. The Debtor has scheduled an intention to surrender the 2018 Jaguar XF Sportbrake VIN # SAJBP2FV1JCY67203.

8. PENFED Credit Union continues to be injured each day it remains bound by the Automatic Stay.

9. PENFED Credit Union is not adequately protected.

10. The collateral identified as a 2018 Jaguar XF Sportbrake VIN #SAJBP2FV1JCY67203 is not necessary for the Debtor's reorganization.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified permitting PENFED Credit Union or its assigns to take possession and recover its security interest in the 2018 Jaguar XF Sportbrake VIN # SAJBP2FV1JCY67203, and that Bankruptcy Rule 4001(a)(3) is waived and not applicable, and such other relief as this Court deems just.

PENFED Credit Union

McCalla Raymer Leibert Pierce, LLC

By: */s/Kinnera Bhoopal*

Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400