**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor           Jivesh Singh Toor                    Case No        21-00687           Chapter    7
Moving Creditor  PENFED Credit Union                  Date Case Filed  January 19, 2021

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe) __

Chapter 7
☐ No-Asset Report Filed on _____
☒ No-Asset Report not Filed, Date of Creditors Meeting    February 11, 2021

1. Collateral
   a. ☐ Home
   b. ☒ Car    Year, Make, and Model  2018 Jaguar XF Sportbrake VIN # SAJBP2FV1JCY67203
   c. ☐ Other (describe)_____

2. Balance Owed as of March 9, 2021 $48,803.64
   Total of all other Liens against Collateral $0.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $40,898.00 (per Debtor's Schedules)

5. Default
   a. ☒ Contractual Default
          Number of months 3    Amount $3,040.61

   b. ☐ Post-Petition Default
      i.  ☐ On direct payments to the moving creditor
          Number of months __   Amount $_____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months __   Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid  Amount $_____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) Debtor is Surrendering the vehicle

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☒ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) __
      ii.  ☐ Multiple Filings
      iii. ☒ Other (describe) Material Payment Default

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☒ Surrender   iv. ☐ No Statement of Intention Filed

Date: March 15, 2021          Submitted By:        /s/Kinnera Bhoopal
                                                   ARDC# 6295897
                                                   McCalla Raymer Leibert Pierce, LLC