**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: | ) |
| | ) |
| Jivesh Singh Toor | ) |
| | ) NO. 21-00687 |
| Debtor. | ) |
| | ) Chapter 7 |
| | ) |
| | ) Honorable Judge Carol A. Doyle |

**NOTICE OF MOTION**

TO:   See Attached Service List

  PLEASE TAKE NOTICE that on April 8, 2021, at 10:00 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the motion of **MOTION OF DIANA MCCARTY FOR EXTENSION OF TIME TO FILE A MOTION TO OBJECT TO DISCHARGE OR OBJECT TO DISCHARGEABILITY** a copy of which is attached.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

1

CERTIFICATE OF SERVICE

I, Penelope N. Bach, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on March 30, 2021 AT 5:00 P.M.

                                                 /s/ Penelope N. Bach
                                                   Penelope N. Bach

Penelope N. Bach
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, Illinois 60062
(847) 564 0808

SERVICE LIST

| | |
|---|---|
| **Jivesh Singh Toor**<br>1016 N. Kingsbury Sr<br>Chicago, IL 60611 | BY FIRST CLASS US MAIL |
| **Daniel J Winter**<br>Law Offices of Daniel J. Winter<br>3330 Old Glenview Road<br>Suite 16<br>Wilmette, IL 60091 | BY ECF ELECTRONIC DELIVERY |
| **Norman B. Newman**<br>Sugar Felsenthal, Grais & Helsinger<br>30 N. LaSalle St., Suite 3000<br>Chicago, IL 60602 | BY ECF ELECTRONIC DELIVERY |
| **Patrick S. Layang**<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St.<br>Room 873<br>Chicago, Illinois 60604 | BY ECF ELECTRONIC DELIVERY |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Jivesh Singh Toor ) | |
| ) | NO. 21-00687 |
| Debtor. ) | |
| ) | Chapter 7 |
| ) | |
| ) | Honorable Judge Carol A. Doyle |

**MOTION OF DIANA MCCARTY FOR EXTENSION OF TIME TO FILE A
MOTION TO OBJECT TO DISCHARGE AND OBJECT TO DISCHARGEABILITY**

NOW COMES the Creditor, Diana McCarty, ("Diana") by and through her attorneys, Paul M. Bach and Penelope N. Bach of Bach Law Offices, Inc. and moves the Court to enter an order extending the last date to file objections to discharge under 11 U.S.C. § 727 and the last date to file complaints under 11 U.S.C. § 523(a) to except debt from discharge. In support of this motion, Creditor states as follows:

1. This is a core proceeding under 28 U.S.C §157(b)(2)(A) which this Court may hear and determine under Local Rule 9013-9(A) and (B)(1).

2. Movant is an unsecured creditor of the Jivesh Singh Toor ("Debtor") as the Debtor lists movant on Schedule F with an unknown alleged balance. Diana has lent sums in excess of $200,000.00 to the Debtor and should have a proof of claim on file prior to presentment of this Motion.

3. Diana and the Debtor have been in a close personal relationship since prior to 2012 through 2018. During the time of her relationship with the Debtor, Diana was actively involved in the Debtor's personal and work life.

4

4. Diana has intimate personal knowledge of the financial affairs and assets of the Debtor and has reason to believe that the schedules are inaccurate. In order to complete her investigation into the facts it is imperative that the Diana complete the 2004 examination which was granted on March 25, 2021.

5. Some, but not all, of the items being investigated are:

    - The Debtor's residence was sold in 2017 for $1.05 million to Jivesh & his family through a trust named the "Toor Family Trust dated September 8, 2017". The trustees are "Sorinder Singh (trustee), Jivesh Singh Toor (trustee), Toor (trust) and Kamaljeet Kaur Toor (trustee)". Other than Debtor, the family members live in Singapore. Apart from the fact that Debtor lived there for 3 years and is listed as the person to receive "subsequent tax bills" related to the property Debtor claims little to no ownership in the household possessions which upon information and belief values over $100,000.

    - On Schedule B, Debtor lists two of his classic cars (the Aston Marton Vantage and the Jaguar XF), each over $40k in value. Upon information and belief, Debtor is "a car guy and liked to restore old classic cars". Mechanics tools which are not listed on the schedules, particularly for vintage foreign cars, are often collector's items themselves worth thousands of dollars.

    - Schedule B lists nothing for jewelry. Upon information and belief, the Debtor has an extensive watch collection.

6. Diana needs to complete her 2004 exam of the Debtor in order to determine whether a Complaint should be filed in regards to 11 USC 523 and 727.

7. This is Diana's first Motion to Extend the last date to file objections to discharge under 11 U.S.C. § 727 and the last date to file complaints under 11 U.S.C. § 523(a) to except debt from discharge.

8. The last date to object to the Debtor's discharge is through and including April 12, 2021.

9. Movant will be issuing written requests for documentation prior to hearing on this Motion and will need to review these documents prior to setting up the 2004 exam of the Debtor.

10. Diana, needs additional time to complete an examination of the Debtor after completion of the production of the financial documents and examination of the Debtor to investigate and evaluate his examination and to investigate and evaluate whether the Debtor has additional assets that were not disclosed in his petition and the value thereof and whether there is a basis to object to the discharge of the Debtor.

11. Movant is requesting an extension of time to file objections to discharge under 11 U.S.C §727 and for the filing of complaints under 11 U.S.C §523(a) for an additional 90 days to and including July 12, 2021.

12. Diana, believes that she will likely have grounds either to object to the discharge under 11 U.S.C. § 727 or to file a complaint under 11 U.S.C. § 523 excepting its claim from discharge.

WHEREFORE, Creditor, Diana McCarty, prays that this Honorable Court enter an order extending the last date to file objections to discharge under 11 U.S.C. § 727 and the last date to file complaints under 11 U.S.C. § 523(a) to except debt from discharge through and including July 12, 2021 and for any additional relief this court deems just.

Respectfully submitted,
Diana McCarty

By: /s/ Penelope N. Bach
One of his attorneys

Penelope N. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564 0808